IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES E. JOLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 23-0221-RGA |
| v. | ) |
| | ) |
| DELAWARE DEPARTMENT OF JUSTICE, ATTORNEY GENERAL KATHY JENNINGS, CHIEF DEPUTY ATTORNEY GENERAL ALEXANDER MACKLER, and JOHN DOES, | ) |
| | ) |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants Delaware Department of Justice, Attorney General Kathy Jennings, Chief Deputy Attorney General Alexander Mackler, and John Does, the unknown members of the "Brady Board" (collectively, "Defendants"), through the undersigned counsel, hereby respectfully move this Court to dismiss the above captioned Complaint. The relief requested by this Motion is supported by the reasons set forth in Defendants' *Opening Brief*, filed herewith.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Zachary S. Stirparo*
Zachary S. Stirparo (#6928)
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
Zachary.Stirparo@delaware.gov
*Attorney for Defendants*

Date: July 31, 2023

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| JAMES E. JOLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 23-0221-RGA |
| v. | ) | |
| | ) | |
| DELAWARE DEPARTMENT OF | ) | |
| JUSTICE, ATTORNEY GENERAL | ) | |
| KATHY JENNINGS, CHIEF DEPUTY | ) | |
| ATTORNEY GENERAL ALEXANDER | ) | |
| MACKLER, and JOHN DOES, | ) | |
| | | |
| Defendants. | | |

## ORDER

AND NOW, this _____ day of _____, 2023, the Motion to Dismiss filed by Defendants Delaware Department of Justice, Attorney General Kathy Jennings, Chief Deputy Attorney General Alexander Mackler, and John Does, the unknown members of the "Brady Board", in the above-captioned matter having been duly considered, and Plaintiff having been given notice and an opportunity to respond, is **GRANTED**; and,

IT IS ORDERED that the Plaintiff's Complaint is dismissed with prejudice, and judgment be entered in their favor.

_____
THE HONORABLE RICHARD G. ANDREWS

# CERTIFICATE OF SERVICE

The undersigned certifies that on July 31, 2023, he caused a true and correct copy of *Defendants' Motion to Dismiss the Complaint* to be electronically filed with the Clerk of Court using CM/ECF and delivered to the following persons:

GARY E. JUNGE (#6169)
Schmittinger & Rodriguez, P.A.
414 South State Street
P.O. Box 497
Dover, Delaware 19903-0497
*Attorney for Plaintiff*

        **STATE OF DELAWARE**
        **DEPARTMENT OF JUSTICE**

        */s/ Zachary S. Stirparo*
        Zachary S. Stirparo (#6928)

Date: July 31, 2023