IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES E. JOLES, | : | |
| Plaintiff, | : : : | |
| v. | : : | Civil Action No. 23-221-RGA |
| DELAWARE DEPARTMENT OF JUSTICE, et al., | : : : | |
| Defendants. | : | |

**ORDER**

This **29th** day of February, 2024, upon consideration of the Magistrate Judge's Report and Recommendation dated February 14, 2024 (D.I. 20), and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and finding that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 20) is **ADOPTED**.

2. Defendants' motion to dismiss (D.I. 12) is **GRANTED**.  Plaintiff's complaint is DISMISSED with prejudice.

/s/ Richard G. Andrews
United States District Judge